# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE FLUOR CORPORATION STOCKHOLDER DERIVATIVE LITIGATION | Consol. C.A. No. 1:20-cv-00499-MN |

## STIPULATION AND ORDER TO STAY DERIVATIVE ACTION

WHEREAS, on April 10, 2020, Plaintiffs Omid Yousofi and Kasey King filed a stockholder derivative action in this Court on behalf of Fluor Corporation ("Fluor") against Individual Defendants Peter K. Barker, Alan M. Bennett, Rosemary T. Berkery, Alan Boeckmann, David E. Constable, Peter J. Fluor, James T. Hackett, Carlos M. Hernandez, Thomas C. Leppert, Deborah D. McWhinney, Armando J. Olivera, and Matthew K. Rose (the "Yousofi Action");

WHEREAS, on May 11, 2020, Plaintiff Sindy Wei filed a stockholder derivative action in this Court on behalf of Fluor against Individual Defendants David T. Seaton, Carlos M. Hernandez, Bruce A. Stanski, D. Michael Steuert, Peter K. Barker, Alan M. Bennett, Rosemary T. Berkery, Alan Boeckmann, David E. Constable, Peter J. Fluor, James T. Hackett, Thomas C. Leppert, Deborah D. McWhinney, Armando J. Olivera, and Matthew K. Rose (the "Wei Action");

WHEREAS, on June 18, 2020, this Court entered an order consolidating the Yousofi Action and the Wei Action (the "Derivative Action");

WHEREAS, counsel for the Parties have conferred regarding the status of this litigation and the appropriate next steps;

WHEREAS, the Derivative Action involves overlapping parties and factual allegations as a related federal securities fraud class action filed on May 25, 2018, in the United States District Court for the Northern District of Texas, captioned *Chun v. Fluor Corporation, et al.*, Case No. 3:18-cv-01338-X (the "Securities Class Action"); and

WHEREAS, based upon the overlapping parties and factual allegations contained in the Derivative Action and the Securities Class Action, and to avoid the unnecessary expenditure of judicial resources, the Parties have agreed, subject to this Court's approval, to temporarily stay prosecution in the Derivative Action until the resolution of defendants' motion to dismiss in the Securities Class Action.

NOW, THEREFORE, the Parties, by and through their undersigned counsel, hereby jointly stipulate as follows:

1. All proceedings in the Derivative Action will be stayed until resolution of defendants' motion to dismiss in the Securities Class Action.

2. Defendants shall promptly notify Plaintiff of any additional derivative actions that are similar or related to the Derivative Action ("Related Derivative Action").

3. Defendants shall promptly notify Plaintiff if any Related Derivative Action is not stayed.

4. In the event any Related Derivative Action is not stayed for the same duration of time as that set forth in this Stipulation, Plaintiffs have the option to lift the stay upon fourteen (14) days written notice to Defendants' undersigned counsel via email.

5. Defendants shall include Plaintiffs in any formal settlement meetings and any mediations with any plaintiff in any Related Derivative Action.

6. In the event that any discovery is provided or produced to any plaintiff in any Related Derivative Action during or before the stay, by way of Court order or otherwise, Defendants shall promptly provide copies of that discovery to counsel for Plaintiffs in the Derivative Action subject to the execution of an appropriate confidentiality agreement or protective order.

7.      Within thirty (30) days after the stay is lifted, the Parties shall meet and confer and submit to the Court a proposed scheduling order governing further proceedings in the Derivative Action, including a briefing schedule on Defendants' contemplated motion to transfer.

8.      All deadlines and hearings will be postponed until after the stay is lifted.

IN WITNESS WHEREOF, the parties, through their undersigned counsel, have executed this Stipulation and Order as of this 12th day of August, 2020.

AGREED:

| | |
|---|---|
| **O'KELLY & ERNST, LLC** | **ROSS ARONSTAM & MORITZ LLP** |
| /s/ Ryan M. Ernst | /s/ Anne M. Steadman |
| Ryan M. Ernst (# 4788) | Garrett B. Moritz (# 5654) |
| 824 N. Market Street, Suite 1001A | Anne M. Steadman (# 6221) |
| Wilmington, DE 19801 | 100 S. West Street, Suite 400 |
| Telephone: (302) 778-4000 | Wilmington, DE 19801 |
| Email: rernst@oelegal.com | Telephone: (302) 576-1600 |
| | Email: gmoritz@ramllp.com |
| | asteadman@ramllp.com |
| *Liaison Counsel for Plaintiffs Omid Yousofi and Kasey King and Liaison Counsel for Plaintiffs* | |
| **GAINEY MCKENNA & EGLESTON** | **GIBSON DUNN & CRUTCHER LLP** |
| Thomas J. McKenna | Mike Raiff |
| Gregory M. Egleston | 2001 Ross Avenue, Suite 2100 |
| 501 Fifth Avenue, 19th Floor | Dallas, TX 75201 |
| New York, NY 10017 | Telephone: (214) 698-3100 |
| Telephone: (212) 983-1300 | Email: mraiff@gibsondunn.com |
| | **GIBSON DUNN & CRUTCHER LLP** |
| *Counsel for Plaintiffs Omid Yousofi and Kasey King and Lead Counsel for Plaintiffs* | Brian M. Lutz |
| | 555 Mission Street, Suite 3000 |
| | San Francisco, CA 94105 |
| | Telephone: (415) 393-8379 |
| | Email: blutz@gibsondunn.com |

**dELEEUW LAW LLC**

P. Bradford deLeeuw (# 3569)
1301 Walnut Green Road
Wilmington, DE 19807
Telephone: (302) 274-2180
Email: brad@deleeuwlaw.com

*Liaison Counsel for Plaintiff Sindy Wei and Liaison Counsel for Plaintiffs*

**HYNES & HERNANDEZ, LLC**
Michael J. Hynes
Ligaya T. Hernandez
101 Lindenwood Drive, Suite 225
Malvern, PA 19355
Telephone: (484) 875-3116

*Counsel for Plaintiff Sindy Wei and Lead Counsel for Plaintiffs*

**BRAGAR EAGEL & SQUIRE, P.C.**
Melissa A. Fortunato
Marion Passmore
101 California Street, Suite 2710
San Francisco, California 94111
Telephone: (415) 365-7149

*Counsel for Plaintiff Sindy Wei*

**GIBSON DUNN & CRUTCHER LLP**

Lissa M. Percopo
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 887-3770
Email: lpercopo@gibsondunn.com

*Counsel for Defendants*

IT IS SO ORDERED.

SIGNED this 13th day of August, 2020.

_____
The Honorable Maryellen Noreika
United States District Judge

4